We find in the record an affidavit in proper form requesting that the appeal herein be dismissed. The request is granted.

The appeal is dismissed.

## Chris LA BARBA v. STATE.
### No. 17401.

Court of Criminal Appeals of Texas.
Jan. 16, 1935.

## Mrs. W. L. KIGHT v. STATE.
### No. 17207.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Oscar Callaway, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

Appellant has filed her affidavit with this court advising that she does not further desire to prosecute her appeal, and at her request the same is dismissed.

E. H. Grindstaff, of Weatherford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of transporting spirituous liquor capable of producing intoxication, and his punishment was assessed at confinement in the state penitentiary for a term of one year.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Chris LA BARBA v. STATE.
### No. 17400.

Court of Criminal Appeals of Texas.
Jan. 16, 1935.

E. H. Grindstaff, of Weatherford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.